

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-21-00582-CV

John **DOE**,
Appellant

v.

Juan J. **CRUZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-001656-D4
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
        Luz Elena D. Chapa, Justice
        Beth Watkins, Justice

The motion for sanctions filed by appellee Juan J. Cruz is CARRIED WITH THE APPEAL.

It is so **ORDERED** on this 12th day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court